UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARGARET ROSE | : | CIVIL ACTION NO._____ |
| Plaintiff | : | |
| V. | : | |
| GC SERVICES LIMITED PARTNERSHIP | : | |
| Defendant | : | SEPTMEBER 23, 2010 |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. 1331, 1441 and 1446, the defendant, GC Services Limited Partnership, ("Defendant"),  misnamed by plaintiff as GC Collection Agency Division, through its undersigned counsel, Zeldes, Needle & Cooper, P.C., hereby gives notice of removal of this case to this Court from the Connecticut Superior Court for the Judicial District of New Haven at New Haven in which this action is now pending.  The Defendant appears solely for the purpose of removal and for no other purpose, reserving all defenses available to it. In support of this petition, the Defendant represents as follows:

1.      An action was commenced against the Defendant in the Superior Court for the State of Connecticut in and for the Judicial District of New Haven at New Haven, entitled Margaret Rose v. GC Services Limited Partnership (GC Collection Agency Division), bearing a return date of October 19, 2010.  A copy of the summons and complaint received by Defendant is attached hereto as Exhibit A.

2.    The complaint is dated August 31, 2010.  The complaint was received by defendant by certified mail on September 13, 2010.  Removal of this action is therefore timely under 28 U.S.C. § 1446(b).  To the best of Defendant's knowledge, there have been no other motions or papers filed with the Superior Court.

3.    In the complaint in the above-described action, Plaintiff has claimed that Defendant violated the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692.

4.    This case is removable pursuant to 28 U.S.C. § 1441(a) and (b), since the Plaintiff's complaint alleges a violation of federal law.

5.    The case is removable pursuant to 28 U.S.C. § 1441(a) and (b) since the United States District Court has federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331.

6.    As required by 28 U.S.C. § 1446(d), the Defendant will give notice of the filing of this notice to the Plaintiff and to the clerk of the Superior Court in and for the Judicial District of New Haven at New Haven, where the action is now pending. A copy of the Notice to State Court of Filing of Notice of Removal is attached as Exhibit B.

WHEREFORE, the Defendant respectfully requests that the above action now pending against it in the Superior Court of Connecticut, Judicial District of New Haven at New Haven, be removed therefrom to this Court.

DEFENDANT GC SERVICES
LIMITED PARTNERSHIP

By: _____
    Brian E. Tims(ct27962)

    ZELDES, NEEDLE & COOPER, P.C.
    1000 Lafayette Boulevard
    P.O. Box 1740
    Bridgeport, CT 06601-1740
    Tel:  (203) 333-9441
    Fax: (203) 333-1489
    Email:  BTims@znclaw.com

Its Attorneys

## CERTIFICATION OF SERVICE

I hereby certify that on **September 23, 2010**, a copy of foregoing **Notice of Removal** was filed with the court in accordance with the court's filing policies and procedures and was sent by U.S. mail to:

Theresa Rose DeGray, Attorney
Consumer Legal Services, LLC
29 Soundview Road
Suite 11B
Guilford, CT 06437

Dated at Bridgeport, Connecticut on this  23rd day of September, 2010.

Brian E. Tims

# EXHIBIT A

C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. Secs. 3-1 through 3-21, 8-1

*www.jud.ct.gov*

| | |
|---|---|
| ] "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500. | TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint. |
| ] "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more. | |
| ] "X" if claiming other relief in addition to or in lieu of money or damages. | |

| Address of court clerk where writ and other papers shall be filed *(Number, street, town and zip code)* C.G.S. §§ 51-346, 51-350 | Telephone number of clerk *(with area code)* | Return Date *(Must be a Tuesday)* | | |
|---|---|---|---|---|
| **35 Church Street  New Haven, 06510** | **203-503-6800** | **10** Month | **19** Day | **, 2010** Year |
| ☒ Judicial District      G.A. | At *(Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349)* | Case type code *(See list on page 2)* | | |
| ☐ Housing Session    Number: | **New Haven** | Major: **M** | | Minor: **90** |

| | |
|---|---|
| For the Plaintiff(s) please enter the appearance of: | |
| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(to be entered by attorney only)* |
| Consumer Legal Services, LLC, 29, Soundview Rd., Ste 11B., Guilford, 06437 | **430221** |
| Telephone number *(with area code)* | Signature of Plaintiff *(if self-represented)* |
| **203-458-8200** | |

| Number of Plaintiffs: **1** | Number of Defendants: **1** | Form JD-CV-2 attached for additional parties | |
|---|---|---|---|

| Parties | | Name *(Last, First, Middle Initial)* and Address of Each party *(Number; Street; P.O. Box; Town; State; Zip; Country, if not USA)* | |
|---|---|---|---|
| First Plaintiff | Name: Address: | **Rose, Margaret** **134 Russett Drive; Guilford; CT; 06437** | P-01 |
| Additional Plaintiff | Name: Address: | | P-02 |
| First Defendant | Name: Address: | **GC Collecion Agency Division** **6330 Gulfton;  TX; 77081** | D-50 |
| Additional Defendant | Name: Address: | | D-51 |
| Additional Defendant | Name: Address: | | D-52 |
| Additional Defendant | Name: Address: | | D-53 |

## Notice to Each Defendant

1. YOU ARE BEING SUED. This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed *(Sign and "X" proper box)* | ☒ Commissioner of the Superior Court Assistant Clerk | Name of Person Signing at Left **Theresa Rose Nickols DeGray** | Date signed **08-31-10** |
|---|---|---|---|

| If this Summons is signed by a Clerk: | FOR COURT USE ONLY |
|---|---|
| a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts. | File Date |
| b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law. | |
| c. The Clerk is not permitted to give any legal advice in connection with any lawsuit. | **ATTEST:** |
| d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint. | **A TRUE COPY** |

| I certify I have read and understand the above: | Signed *(Self-Represented Plaintiff)* | Date | **JOSEPH MUSUMECI** **CONNECTICUT MARSHAL** **HARTFORD COUNTY** |
|---|---|---|---|
| Name and address of person recognized to prosecute in the amount of $250 | | | |
| **Ernest L. Nickols 11 Beverly Place Bridgeport, CT 06610** | | | |
| Signed *(Official taking recognizance, "X" proper box)* | ☒ Commissioner of the Superior Court ☐ Assistant Clerk | Date **08-31-10** | Docket Number |

(Page 1 of 2)

RECEIVED
SEP 1

 **CONSUMER LEGAL SERVICES, LLC**

**SENT VIA FEDEX AND FAX: 412-456-8135**

August 31, 2010

GC Collecion Agency Division
6330 Gulfton
Houston, TX 77081

   Re: Rose v. GC Collecion Agency Division

Dear Sir or Madam:

  Please be advised that this law firm represents Margaret Rose. We believe your company has violated several sections of the Connecticut General Statutes and/or the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., with regard to your attempt to collect an alleged debt with American Express, account number xxxxxxxxxxx2004.

  Enclosed herewith please find a courtesy copy of the Writ, Summons, and Complaint which has not yet been filed with the Court.

  Please be further advised that if this matter should proceed through the legal process, our client would have the right to bring a lawsuit in State or Federal Court. Your company may then be required to pay attorney's fees, statutory and/or actual damages.

  If you are interested in a prompt settlement of this matter, please contact the undersigned attorney immediately. If we do not hear from you within a reasonable time, we will assume you are not interested in settlement and continue to pursue legal recourse accordingly.

     Sincerely,
     CONSUMER LEGAL SERVICES, LLC

     THERESA ROSE DEGRAY
     Attorney at Law

ATTEST:
A TRUE COPY

JOSEPH MUSUMECI
CONNECTICUT MARSHAL
HARTFORD COUNTY

---

**Theresa Rose DeGray**
Attorney at Law
Admitted in CT and MA

29 SOUNDVIEW ROAD, SUITE 11B • GUILFORD, CONNECTICUT 06437

PHONE (203) 458-8200 • FAX (203) 738-1062 • E-MAIL:
TRD@ConsumerLegalServicesLLC.com

RETURN DATE: OCTOBER 19, 2010       :       SUPERIOR COURT

ROSE, MARGARET       :       J. D. OF NEW HAVEN

V.       :       AT NEW HAVEN

GC COLLECION AGENCY DIVISION       :       AUGUST 31, 2010

## COMPLAINT

### COUNT I

1. The Plaintiff seeks relief pursuant to the Connecticut General Statutes (C.G.S. § 36a-800 et seq., § 36a-645 et seq. and § 42-110a et seq.) and the Fair Debt Collection Practices Act (15 U.S.C. § 1692 et seq.).

2. The Court has jurisdiction pursuant to 15 U.S.C. § 1692K and 28 U.S.C §§'s 1331 and 1367.

3. The Plaintiff is a "consumer debtor" and/or "consumer" as defined by the Connecticut General Statutes (C.G.S. § 36a-800 et seq.) and/or the Fair Debt Collection Practices Act (15 U.S.C. § 1692 et seq.), residing in Guilford, Connecticut.

4. The Defendant has a business address of GC Collecion Agency Division, 6330 Gulfton, Houston, Texas 77081, and is a "debt collector" as defined by the Fair Debt Collection Practices Act (15 U.S.C. § 1692 et seq.).

5. The Defendant is licensed as a debt collector in the State of Connecticut under license number CCAG 115.

6. The Plaintiff received a dunning letter from the Defendant dated August 24, 2009 in an attempt to collect an alleged debt owed to American Express; a copy of which is attached hereto as Exhibit A.

7. On September 1, 2009, the Plaintiff sent correspondence to the Defendant by facsimile for the following reasons: (a) notifying the Defendant that the Plaintiff disputed the

alleged debt, and (b) requesting from the Defendant information regarding the alleged debt; a copy of which is attached as Exhibit B along with the fax transmittal confirmation receipt therefor.

8.  Pursuant to statutory law, the Defendant should then have ceased all collection of the alleged debt until such time as the Defendant provided to the Defendant all of the requested information outlined in Exhibit B.

9.  However, the Plaintiff received another dunning letter from the Defendant dated September 8, 2009, regarding the same alleged debt owed by the Plaintiff to American Express, a copy of which is attached hereto a Exhibit C.

10. On September 18, 2009 the Plaintiff sent correspondence to the Defendant by facsimile to request that the Plaintiff cease all communication with the Plaintiff; a copy of which is attached as Exhibit D along with the fax transmittal confirmation receipt therefor.

11. The Defendant has failed to attempt to validate the debt to date.

**COUNT II**

12. Paragraphs 1-11 of the First Count are hereby incorporated as paragraphs 1-10 of the Second Count as though stated in full.

13. The Plaintiff is a "person" as defined by the Connecticut General Statutes (C.G.S. § 36a-800 et seq. and §42-110a(3)).

14. The Defendant is a "person" as defined by the Connecticut General Statutes (C.G.S. §36a-800 et seq. and §42-110a(3)).

15. At all times relevant herein, the Defendant has been engaged in the trade or commerce of providing debt collection services to consumers in the State of Connecticut.

16. The Plaintiff received voice messages on her home answering machine from the Defendant and/or its agents beginning August 17, 2009 and continuing to August 25, 2009 exposing sensitive information to third parties in violation of § 1692c. (b); a copy of the transcript is attached hereto as Exhibit E.

17. In the first message, the Defendant's agent, who identified herself as "Ms. Weir", requested a call back to (904) 306-7428 x3023 "concerning a business matter that you have in my office."

18. The Defendant failed to provide meaningful disclosure of its identity in said message left on the Plaintiff's answering machine in violation of 15 U.S.C. §1692d. (3) and § 1692e. (10).

19. Said messages did not contain the required Mini-Miranda warning in violation of 15 U.S.C. § 1692e. (11).

20. The Plaintiff received another voice message on her home answering machine from the Defendant and/or its agents beginning in December 2009; a copy of the transcript is attached hereto as Exhibit F.

21. The Defendant failed to provide meaningful disclosure of its identity in said message left on the Plaintiff's answering machine in violation of 15 U.S.C. §1692d. (3) and § 1692e. (10).

22. Said messages did not contain the required Mini-Miranda warning in violation of 15 U.S.C. § 1692e. (11).

23. The conduct of the Defendant alleged in this count constitutes a deceptive act or practice within the meaning of C.G.S. § 42-110b(a), in the conduct of the trade or commerce alleged in this count in that said conduct constitutes a material misrepresentation or omission likely to mislead a consumer acting reasonably under the circumstances.

24. As a result of the conduct of the Defendant alleged in this count, the Plaintiff has suffered an ascertainable loss of money or property, including the loss of money, time and inconvenience suffered by the Plaintiff in his attempt to dispute the alleged debt.

25. The Defendant's conduct, which violated the FDCPA, deprived him of the benefit of his bargain with the original creditor that any attempt by the original creditor, or its successor in interest to collect upon his consumer credit account, would be in accordance with federal and state law.

26. All of the Defendant's acts, or omissions to act, averred in this complaint are harassing, oppressive, unfair, deceptive and/or unconscionable.

27. Any and all of the Defendant's acts, or omissions to act, averred in this complaint caused damage to the Plaintiff.

28. All of the Defendant's acts, or omissions to act, averred in this complaint caused intentional infliction of emotional distress to the Plaintiff.

29. All of the Defendant's acts, or omissions to act, averred in this complaint caused negligent infliction of emotional distress to the Plaintiff.

30. The Defendant's acts, or omissions to act, violated the Connecticut General Statutes and/or the Fair Debt Collection Practices Act.

31. As a result of its acts, or omissions to act, the Defendant is liable to the Plaintiff pursuant to Connecticut General Statutes and/or the Fair Debt Collection Practices Act.

## COUNT III

32. Paragraphs 1-31 of the First Count are hereby incorporated as Paragraphs 1-31 of Count III as though stated in full.

33. The conduct of the Defendant alleged in paragraphs 9, 16 and 20 of this count constituted an intentional and wanton violation of the Plaintiff's rights or was done with a reckless indifference to those rights in that the Defendant knew that its representations and omissions were false and misleading or was recklessly indifferent to their truth or completeness and that its implications to sue the Plaintiff were without reasonable justification or excuse.

WHEREFORE, the Plaintiff claims:

1. Actual Money damages, pursuant to C.G.S. § 42-110g(a) in the amount of $5,000.00 or more, exclusive of interest and costs;
2. Ascertainable loss;
3. Punitive damages, pursuant to C.G.S. § 42-110g(a);
4. Statutory damages;
5. Attorneys fees and costs, pursuant to C.G.S. § 42-110g(d) and
6. Such other relief as the Court may find in law or equity.

THE PLAINTIFF
Margaret Rose

By:

THERESA ROSE DEGRAY
Consumer Legal Services, LLC
29 Soundview Road, Suite 11B
Guilford, CT 06437
Tel: 203-458-8200
Fax: 203-738-1062
Juris No.: 410221

ATTEST:
A TRUE COPY

JOSEPH MUSUMECI
CONNECTICUT MARSHAL
HARTFORD COUNTY

RETURN DATE: OCTOBER 19, 2010      :      SUPERIOR COURT

ROSE, MARGARET      :      J. D. OF NEW HAVEN

V.      :      AT NEW HAVEN

GC COLLECION AGENCY DIVISION      :      AUGUST 31, 2010

## STATEMENT RE: AMOUNT IN DEMAND

    The Plaintiff in the above captioned matter claims an amount in excess of $2,500.00 against the Defendant.

THE PLAINTIFF
Margaret Rose

By: _____

THERESA ROSE DEGRAY
Consumer Legal Services, LLC
29 Soundview Road, Suite 1B
Guilford, CT 06437
Tel: 203-458-8200
Fax: 203-738-1062
Juris No.: 410221

ATTEST:
A TRUE COPY

JOSEPH MUSUMECI
CONNECTICUT MARSHAL
HARTFORD COUNTY

-31-2009 04:35P FROM:MEG ROSE,LCSW                    TO:6721336              P.1/1



GC SERVICES LIMITED PARTNERSHIP
COLLECTION AGENCY DIVISION
6330 GULFTON, HOUSTON, TX. 77081

YOU OWE
**AMERICAN EXPRESS**

PO BOX 47500 (047)
JACKSONVILLE FL 32247
RETURN SERVICE REQUESTED
AUGUST 24, 2009
## BALANCE DUE STATEMENT

BALANCE DUE
$4,735.76

ACCOUNT NUMBER
371522331972004

USE ENCLOSED ENVELOPE. SEND PAYMENT TO:

0507209232000013-0868-01
MARGARET ROSE

134 RUSSETT DR
GUILFORD CT 06437-1847

PO BOX 47500
JACKSONVILLE FL 32247

1632913
(877) 710-8001
371522331972004

PLEASE DETACH AND RETURN UPPER PORTION OF STATEMENT WITH PAYMENT.

Dear Margaret Rose:

Your account with AMERICAN EXPRESS, in the amount of
$4,735.76, has been referred to us.

By this time you must realize that you are delinquent.

Send us your payment in full in the enclosed envelope.
Please include this letter to assure proper credit of your
payment.

Remit your balance in full or phone (877) 710-8001.

                    Ms. Weir
                    Account Representative

IMPORTANT: BE CERTAIN YOUR ACCOUNT IS CORRECT.
HOME PHONE        : _____
NEW ADDRESS       : _____
EMPLOYER          : _____  PHONE: _____
EMPLOYER ADDRESS  : _____

IF YOU HAVE CONCERNS REGARDING THE HANDLING OF YOUR ACCOUNT
BY GC SERVICES, PLEASE CONTACT W.D. SPARKS,
GENERAL MANAGER, AT (888) 417-6968.



EXHIBIT
A
1 of 2

**NOTICE:** SEE REVERSE SIDE FOR IMPORTANT CONSUMER INFORMATION

3-31-2009 04:33P FROM:MEG ROSE,LCSW                    TO:6721336              P.1/1

## GC SERVICES LIMITED PARTNERSHIP

CALIFORNIA RESIDENTS: THE STATE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT AND THE FEDERAL FAIR DEBT COLLECTION PRACTICES ACT REQUIRE THAT, EXCEPT UNDER UNUSUAL CIRCUMSTANCES, COLLECTORS MAY NOT CONTACT YOU BEFORE 8 A.M. OR AFTER 9 P.M. THEY MAY NOT HARASS YOU BY USING THREATS OF VIOLENCE OR ARREST OR BY USING OBSCENE LANGUAGE. COLLECTORS MAY NOT USE FALSE OR MISLEADING STATEMENTS OR CALL YOU AT WORK IF THEY KNOW OR HAVE REASON TO KNOW THAT YOU MAY NOT RECEIVE PERSONAL CALLS AT WORK. FOR THE MOST PART, COLLECTORS MAY NOT TELL ANOTHER PERSON, OTHER THAN YOUR ATTORNEY OR SPOUSE, ABOUT YOUR DEBT. COLLECTORS MAY CONTACT ANOTHER PERSON TO CONFIRM YOUR LOCATION OR ENFORCE A JUDGMENT. FOR MORE INFORMATION ABOUT DEBT COLLECTION ACTIVITIES, YOU MAY CONTACT THE FEDERAL TRADE COMMISSION AT 1-877-FTC-HELP OR WWW.FTC.GOV.

COLORADO RESIDENTS: FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.AGO.STATE.CO.US/CADC/CADCMAIN.CFM GC SERVICES 6330 GULFTON, HOUSTON, TX 77081. A CONSUMER HAS THE RIGHT TO REQUEST IN WRITING THAT A DEBT COLLECTOR OR COLLECTION AGENCY CEASE FURTHER COMMUNICATION WITH THE CONSUMER. A WRITTEN REQUEST TO CEASE COMMUNICATION WILL NOT PROHIBIT THE DEBT COLLECTOR OR COLLECTION AGENCY FROM TAKING ANY OTHER ACTION AUTHORIZED BY LAW TO COLLECT THE DEBT.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
CONSUMER INFORMATION:
UNLESS YOU, WITHIN THIRTY (30) DAYS AFTER YOUR RECEIPT OF GC SERVICES' INITIAL WRITTEN NOTICE TO YOU CONCERNING THIS DEBT, DISPUTE THE VALIDITY OF THE DEBT OR ANY PORTION THEREOF, THE DEBT WILL BE ASSUMED TO BE VALID BY GC SERVICES. IF YOU NOTIFY GC SERVICES IN WRITING WITHIN THE ABOVE DESCRIBED THIRTY (30) DAY PERIOD THAT THE DEBT, OR ANY PORTION THEREOF, IS DISPUTED, GC SERVICES WILL OBTAIN VERIFICATION OF THE DEBT OR A COPY OF A JUDGMENT AGAINST YOU AND A COPY OF SUCH VERIFICATION OR JUDGMENT WILL BE MAILED TO YOU BY GC SERVICES. UPON YOUR WRITTEN REQUEST WITHIN THE ABOVE DESCRIBED THIRTY (30) DAY PERIOD, GC SERVICES WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

THE DEMANDS FOR PAYMENT IN THIS LETTER DO NOT REDUCE YOUR RIGHTS TO DISPUTE THIS DEBT OR ANY PORTION THEREOF, AND/OR TO REQUEST VERIFICATION WITHIN THE THIRTY (30) DAY PERIOD AS SET FORTH ABOVE.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ESTE ES UN INTENTO PARA COBRAR UNA DEUDA Y CUALQUIER INFORMACIÓN OBTENIDA SERA USADA CON ESE PROPOSITO.
INFORMACION AL CONSUMIDOR:
A MENOS QUE USTED, DENTRO DE LOS TREINTA (30) DIAS DE RECIBIR NOTIFICACION ESCRITA INICIAL RELATIVA A ESTA DEUDA, DISPUTE LA VALIDEZ DE LA DEUDA, O CUALQUIER PARTE DE LA MISMA, LA DEUDA SERA ASUMIDA COMO VALIDA POR GC SERVICES. SI USTED NOTIFICA A GC SERVICES POR ESCRITO DENTRO DEL ANTES MENCIONADO PERIODO DE TREINTA (30) DIAS, QUE LA DEUDA, O CUALQUIER PORCION DE LA MISMA, ES CUESTIONADA, GC SERVICES OBTENDRA VERIFICACION DE LA DEUDA O UNA COPIA DE DICHA VERIFICACION O DICTAMEN. SI USTED LO SOLICITA POR ESCRITO DENTRO DEL ANTES MENCIONADO PERIODO DE TREINTA (30) DIAS, GC SERVICES LE COMUNICARA EL NOMBRE Y DIRECCION DEL ACREEDOR ORIGINAL, SI FUERA DISTINTO DEL ACREEDOR ACTUAL.

LAS DEMANDAS DE PAGO DE ESTA CARTA NO REDUCEN SUS DERECHOS DE DISPUTAR ESTA DEUDA, O CUALQUIER PORCION DE LA MISMA, Y/O A SOLICITAR VERIFICACION DENTRO DEL PERIODO DE TREINTA (30) DIAS ANTES MENCIONADO.

EXHIBIT
A
2 of 2

**Margaret Rose**
**134 Russett Drive**
**Guilford, CT 06437**


September 1, 2009

FAXED

To:  GC Services Limited Partnership
Alleged Creditor:  American Express
Alleged Account # 2004

Dear Sir or Madam:

I am in receipt of your letter.  Your letter indicates that I must reply as to whether I dispute the debt or not.  I do dispute the validity of the debt and ask that you please provide the following:

1) Original signed copy of the application
2) Copies of all signed receipts
3) A breakdown of all the debt.
4) Terms of the original agreement

Thank you for your attention to this matter.

Sincerely,


*Margaret Rose*



HP Fax Series 900
Plain Paper Fax/Copier

Fax History Report for

Sep 01 2009 10:35am

Last Fax

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| Sep 1 | 10:34am | Sent | *6716023475750 | 0:26 | 1 | OK |

Result:
   OK - black and white fax




**Collection Agency Division**
6330 Gulfton, Houston, Tx. 77081

PO BOX 47500 (047)
JACKSONVILLE FL 32247
RETURN SERVICE REQUESTED
SEPTEMBER 08, 2009

**BALANCE DUE STATEMENT**

YOU OWE
**AMERICAN EXPRESS**

BALANCE DUE
$4,735.76

ACCOUNT NUMBER
371522331972004

USE ENCLOSED ENVELOPE AND SEND PAYMENT TO:

0507209232000013-0868-06

MARGARET ROSE

134 RUSSETT DR
GUILFORD CT 06437-1847

PO BOX 47500
JACKSONVILLE FL 32247

(877) 710-8001
371522331972004
1632913

**PLEASE DETACH AND RETURN UPPER PORTION OF STATEMENT WITH PAYMENT.**

SEP 17 REC'D

Dear Margaret Rose:

You have not complied with our previous requests for
payment in full on your seriously overdue account.

We urge you to take this opportunity to resolve your
account or to call us to discuss your account.

Please send the balance in full. For proper credit to your
account, please return this notice with payment.

                    Sincerely,

                    Ms. Weir
                    Account Representative

If you have concerns regarding the handling of your account
by GC Services, please contact W. D. SPARKE
General Manager, at (888) 417-6968.

AMEX-D-1


EXHIBIT
C
1 of 2

NOTICE: SEE REVERSE SIDE FOR IMPORTANT CONSUMER INFORMATION

*verse of GC Letter 9/8/88* SERVICES LIMITED PARTNERSHIP   *Margaret Rose*

CALIFORNIA RESIDENTS: THE STATE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT AND THE FEDERAL FAIR DEBT COLLECTION PRACTICES ACT REQUIRE THAT, EXCEPT UNDER UNUSUAL CIRCUMSTANCES, COLLECTORS MAY NOT CONTACT YOU BEFORE 8 A.M. OR AFTER 9 P.M. THEY MAY NOT HARASS YOU BY USING THREATS OF VIOLENCE OR ARREST OR BY USING OBSCENE LANGUAGE. COLLECTORS MAY NOT USE FALSE OR MISLEADING STATEMENTS OR CALL YOU AT WORK IF THEY KNOW OR HAVE REASON TO KNOW THAT YOU MAY NOT RECEIVE PERSONAL CALLS AT WORK. FOR THE MOST PART, COLLECTORS MAY NOT TELL ANOTHER PERSON, OTHER THAN YOUR ATTORNEY OR SPOUSE, ABOUT YOUR DEBT. COLLECTORS MAY CONTACT ANOTHER PERSON TO CONFIRM YOUR LOCATION OR ENFORCE A JUDGMENT. FOR MORE INFORMATION ABOUT DEBT COLLECTION ACTIVITIES, YOU MAY CONTACT THE FEDERAL TRADE COMMISSION AT 1-877-FTC-HELP OR WWW.FTC.GOV.

COLORADO RESIDENTS: FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.AGO.STATE.CO.US/CADC/CADCMAIN.CFM GC SERVICES 6330 GULFTON, HOUSTON, TX 77081. A CONSUMER HAS THE RIGHT TO REQUEST IN WRITING THAT A DEBT COLLECTOR OR COLLECTION AGENCY CEASE FURTHER COMMUNICATION WITH THE CONSUMER. A WRITTEN REQUEST TO CEASE COMMUNICATION WILL NOT PROHIBIT THE DEBT COLLECTOR OR COLLECTION AGENCY FROM TAKING ANY OTHER ACTION AUTHORIZED BY LAW TO COLLECT THE DEBT.

*SEP 1 7 REC*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
CONSUMER INFORMATION:
UNLESS YOU, WITHIN THIRTY (30) DAYS AFTER YOUR RECEIPT OF GC SERVICES' INITIAL WRITTEN NOTICE TO YOU CONCERNING THIS DEBT, DISPUTE THE VALIDITY OF THE DEBT OR ANY PORTION THEREOF, THE DEBT WILL BE ASSUMED TO BE VALID BY GC SERVICES. IF YOU NOTIFY GC SERVICES IN WRITING WITHIN THE ABOVE DESCRIBED THIRTY (30) DAY PERIOD THAT THE DEBT, OR ANY PORTION THEREOF, IS DISPUTED, GC SERVICES WILL OBTAIN VERIFICATION OF THE DEBT OR A COPY OF A JUDGMENT AGAINST YOU AND A COPY OF SUCH VERIFICATION OR JUDGMENT WILL BE MAILED TO YOU BY GC SERVICES. UPON YOUR WRITTEN REQUEST WITHIN THE ABOVE DESCRIBED THIRTY (30) DAY PERIOD, GC SERVICES WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

THE DEMANDS FOR PAYMENT IN THIS LETTER DO NOT REDUCE YOUR RIGHTS TO DISPUTE THIS DEBT OR ANY PORTION THEREOF, AND/OR TO REQUEST VERIFICATION WITHIN THE THIRTY (30) DAY PERIOD AS SET FORTH ABOVE.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ESTE ES UN INTENTO PARA COBRAR UNA DEUDA Y CUALQUIER INFORMACION OBTENIDA SERA USADA CON ESE PROPOSITO.
INFORMACION AL CONSUMIDOR:
A MENOS QUE USTED, DENTRO DE LOS TREINTA (30) DIAS DE RECIBIR NOTIFICACION ESCRITA INICIAL RELATIVA A ESTA DEUDA, DISPUTE LA VALIDEZ DE LA DEUDA, O CUALQUIER PARTE DE LA MISMA, LA DEUDA SERA ASUMIDA COMO VALIDA POR GC SERVICES. SI USTED NOTIFICA A GC SERVICES POR ESCRITO DENTRO DEL ANTES MENCIONADO PERIODO DE TREINTA (30) DIAS, QUE LA DEUDA, O CUALQUIER PORCION DE LA MISMA, ES CUESTIONADA, GC SERVICES OBTENDRA VERIFICACION DE LA DEUDA O UNA COPIA DE DICHA VERIFICACION O DICTAMEN. SI USTED LO SOLICITA POR ESCRITO DENTRO DEL ANTES MENCIONADO PERIODO DE TREINTA (30) DIAS, GC SERVICES LE COMUNICARA EL NOMBRE Y DIRECCION DEL ACREEDOR ORIGINAL, SI FUERA DISTINTO DEL ACREEDOR ACTUAL.

LAS DEMANDAS DE PAGO DE ESTA CARTA NO REDUCEN SUS DERECHOS DE DISPUTAR ESTA DEUDA, O CUALQUIER PORCION DE LA MISMA, Y/O A SOLICITAR VERIFICACION DEN... PERIODO DE TREINTA (30) DIAS ANTES MENCIONADO.

EXHIBIT
C
2 of 2

# Margaret Rose
# 134 Russett Drive
# Guilford, CT 06437

September 18, 2009



To: GC Services
Alleged Creditor: American Express
Alleged Account: 371522331972004

To Whom It May Concern:

On September 1, 2009 I sent you a letter stating that I dispute the validity of the debt and asking that you please provide the following:

1) Original signed copy of the application
2) Copies of all signed receipts
3) A breakdown of all the debt.
4) Terms of the original agreement

As of this time I have not received the information I have requested and as a result I am requesting under "The Fair Debt Collection Practices Act" to cease all communication with me in reference to the above account.

If you fail to heed this notice, I will file a formal complaint against you with the Federal Trade Commission who is responsible for enforcement, the state Attorney General's Office, and the American Collector's Association who monitors for noncompliance. In addition, I will seek an attorney who specializes in FDCPA violations to bring action against you, as your firm has already violated the FDCPA on several accounts.

I do not desire to work with your company under any circumstances.

You are also notified that if any adverse items are placed against my credit reports as a result of this notice that I will be forced to take appropriate action against you, and the client that you represent.

Please cease and desist all communications, as the consequences could be severe.

Sincerely,

**Margaret Rose**


EXHIBIT
P
1 of 2

HP Fax Series 900
Plain Paper Fax/Copier

Fax History Report for

Sep 21 2009 6:52am

Last Fax

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| Sep 21 | 6:52am | Sent | *6716023475750 | 0:32 | | OK |

Result:
  OK - black and white fax

EXHIBIT
D
1 of 2

**Exhibit E**

August 2009

Call to Ms. Weir; (904) 306-7428; my direct extension 3023; concerning a business matter that you have in my office; thank you.

Calling for Margaret Rose please return the call to Ms. Weir; GC services debt collector; 877-710-8001 my direct extension is 3023; thank you.

Calling for Margaret Rose; Please return the call upon receiving this message; (904) 306-7428; my direct Extension 3023; thank you.



**Exhibit F**

December 2009

Calling for Margaret Rose please return the call to Ms. Weir. (904) 306-7428 Extension 3023. Please return the call.

Calling for Margaret Rose please return the call to Ms. Weir; GI services debt collector; 904 306 7428 my direct extension is x3203



# EXHIBIT B

RETURN DATE:  October 19, 2010

| | | |
|---|---|---|
| MARGARET ROSE | : | JUDICIAL DISTRICT OF |
| | : | NEW HAVEN |
| V. | : | |
| | : | AT NEW HAVEN |
| GC SERVICES LIMITED PARTNERSHIP | : | |
| | : | SEPTEMBER  23, 2010 |

## NOTICE TO PARTIES OF REMOVAL

To:    **Plaintiff**
       **C/O Theresa Rose DeGray, Attorney**
       **Consumer Legal Services, LLC**
       **29 Soundview Road**
       **Suite 11B**
       **Guilford, CT 06437**

Notice is hereby given that this case has been removed to the United States

District Court for the District of Connecticut this   23rd  day of September , 2010.  A

copy of the Notice of Removal filed in the United States District Court is attached

hereto as Exhibit A.

Dated at Bridgeport, Connecticut this  23rd day of  September, 2010.

DEFENDANT GC SERVICES
LIMITED PARTNERSHIP

By: _____
Brian E. Tims
      ZELDES, NEEDLE & COOPER, P.C.
      1000 Lafayette Boulevard
      P.O. Box 1740
      Bridgeport, CT 06601-1740
      Tel:  (203) 333-9441
      Fax: (203) 333-1489
      Juris No:69695
      Email:  BTims@znclaw.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via U.S. Mail first-class mail, postage prepaid, on this date, to:


Theresa Rose DeGray, Attorney
Consumer Legal Services, LLC
29 Soundview Road
Suite 11B
Guilford, CT 06437


Dated at Bridgeport, Connecticut on this 3rd day of September, 2010.


Brian E. Tims

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARGARET ROSE | : | CIVIL ACTION NO._____ |
| Plaintiff | : | |
| | : | |
| V. | : | |
| | : | |
| GC SERVICES LIMITED PARTNERSHIP | : | |
| Defendant | : | SEPTMEBER 23, 2010 |
| | : | |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. 1331, 1441 and 1446, the defendant, GC Services Limited Partnership, ("Defendant"),  misnamed by plaintiff as GC Collection Agency Division, through its undersigned counsel, Zeldes, Needle & Cooper, P.C., hereby gives notice of removal of this case to this Court from the Connecticut Superior Court for the Judicial District of New Haven at New Haven in which this action is now pending.  The Defendant appears solely for the purpose of removal and for no other purpose, reserving all defenses available to it. In support of this petition, the Defendant represents as follows:

1.     An action was commenced against the Defendant in the Superior Court for the State of Connecticut in and for the Judicial District of New Haven at New Haven, entitled Margaret Rose v. GC Services Limited Partnership (GC Collection Agency Division), bearing a return date of October 19, 2010.  A copy of the summons and complaint received by Defendant is attached hereto as Exhibit A.

2.     The complaint is dated August 31, 2010.  The complaint was received by defendant by certified mail on September 13, 2010.  Removal of this action is therefore timely under 28 U.S.C. § 1446(b).  To the best of Defendant's knowledge, there have been no other motions or papers filed with the Superior Court.

3.     In the complaint in the above-described action, Plaintiff has claimed that Defendant violated the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692.

4.     This case is removable pursuant to 28 U.S.C. § 1441(a) and (b), since the Plaintiff's complaint alleges a violation of federal law.

5.     The case is removable pursuant to 28 U.S.C. § 1441(a) and (b) since the United States District Court has federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331.

6.     As required by 28 U.S.C. § 1446(d), the Defendant will give notice of the filing of this notice to the Plaintiff and to the clerk of the Superior Court in and for the Judicial District of New Haven at New Haven, where the action is now pending. A copy of the Notice to State Court of Filing of Notice of Removal is attached as Exhibit B.

WHEREFORE, the Defendant respectfully requests that the above action now pending against it in the Superior Court of Connecticut, Judicial District of New Haven at New Haven, be removed therefrom to this Court.

DEFENDANT GC SERVICES
LIMITED PARTNERSHIP

By: _____
Brian E. Tims(ct27962)

ZELDES, NEEDLE & COOPER, P.C.
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT 06601-1740
Tel:  (203) 333-9441
Fax: (203) 333-1489
Email:  BTims@znclaw.com

Its Attorneys

## CERTIFICATION OF SERVICE

I hereby certify that on **September 23, 2010**, a copy of foregoing **Notice of Removal** was filed with the court in accordance with the court's filing policies and procedures and was sent by U.S. mail to:

Theresa Rose DeGray, Attorney
Consumer Legal Services, LLC
29 Soundview Road
Suite 11B
Guilford, CT 06437

Dated at Bridgeport, Connecticut on this 23rd day of September, 2010.

Brian E. Tims